**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES FISHER,

       Plaintiff,

vs.   Case No.  3:14-cv-799-J-34JRK

STATE OF FLORIDA, c/o Office of
the Regional Conflict Counsel, and
KATHERINE HINCHEY,

       Defendants.
_____/

### REPORT AND RECOMMENDATION[1]

This cause is before the Court on two matters: (1) Plaintiff's request to proceed in forma pauperis contained in the Affidavit of Indigency filed July 9, 2014 (Doc. No. 2; "Motion"); and (2) the December 2, 2014 Order to Show Cause (Doc. No. 7) entered by the undersigned. Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

Plaintiff initiated this action pro se on July 9, 2014 by filing a Complaint (Doc. No. 1) that was later amended (Doc. No. 5) and the Motion. On October 24, 2014, an Order was entered (Doc. No. 6) taking the Motion under advisement; in the October 24, 2014 Order, the undersigned observed that Plaintiff's Complaint is frivolous and questioned whether the Court has subject matter jurisdiction. The October 24, 2014 Order directed Plaintiff to file a Second

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida ("Local Rule(s)"), within fourteen (14) days after service of this document. Failure to file timely objections waives a party's right to de novo review. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; Local Rule 6.02(a); see also Dupree v. Warden, 715 F.3d 1295, 1300 (11th Cir. 2013).

Amended Complaint by November 24, 2014 to maintain this action, or alternatively, to pay the $400.00 filing fee by November 24, 2014. Id. at 6.

Plaintiff failed to act by November 24, 2014. Consequently, on December 2, 2014, the undersigned entered an Order to Show Cause (Doc. No. 7) directing Plaintiff to show cause by December 18, 2014 why the undersigned should not recommend dismissal of this matter for failure to prosecute. Plaintiff was also directed to comply with the October 24, 2014 Order by December 18, 2014. Id. at 2. Plaintiff was warned that failure to respond by December 18, 2014 would result in a recommendation of dismissal without further notice. Id. at 2.

Plaintiff then filed a "Motion for Extension of Time" (Doc. No. 8; "Motion for Extension") on December 11, 2014, in which Plaintiff sought an extension of three months to comply with the Court's directives. On December 13, 2014, the undersigned entered an Order (Doc. No. 9) granting in part and denying in part the requested extension. Plaintiff was granted until January 16, 2015 to file a Second Amended Complaint, or alternatively, to pay the $400.00 filing fee. Id. at 1. Otherwise, the Motion for Extension was denied. Id. Plaintiff was again warned that failure to timely file a Second Amended Complaint or to pay the filing fee would "automatically result in the undersigned recommending dismissal without prejudice of this matter for failure to prosecute pursuant to Rule 3.10, Local Rules, Middle District of Florida." Id. at 1-2.

Because a later review of the file showed no record of the Clerk having sent the December 13, 2014 Order to Plaintiff, the undersigned entered an Order on February 5, 2015 (Doc. No. 10) directing the Clerk to mail a copy of the December 13, 2014 Order to Plaintiff, along with the February 5, 2015 Order. The undersigned also sua sponte extended the

deadline for Plaintiff to file a Second Amended Complaint, or alternatively, to pay the $400.00 filing fee to February 27, 2015. Id. at 2. Plaintiff was again warned that failure to timely file a Second Amended Complaint or to pay the filing fee would "automatically result in the undersigned recommending dismissal without prejudice of this matter for failure to prosecute pursuant to Rule 3.10, Local Rules, Middle District of Florida." Id. The docket reflects that copies of the December 13, 2014 Order and the February 5, 2015 Order were mailed to Plaintiff on February 6, 2015.

As of this date, Plaintiff has not filed a Second Amended Complaint or paid the filing fee. Accordingly, it is

**RECOMMENDED**:

1.  That this case be **DISMISSED without prejudice** for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

2.  That the Clerk of Court be directed to close the file.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on March 19, 2015.

_James R. Klindt_
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:

Honorable Marcia Morales Howard
United States District Judge

Pro Se party